UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Tyrone V Rison, Jr. | Bankruptcy No.25-11356-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of August, 2025, by first class mail upon those listed below:

Tyrone V Rison, Jr.
403 E 3rd Street
Bernville, PA  19506

**Electronically via CM/ECF System Only:**

SHAWN J LAU ESQ
LAU & ASSOCIATES PC
4228 ST LAWRENCE AVE
READING, PA  19606

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee