THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tyrone V. Rison Jr.,** | : | CHAPTER 13 |
| | : | |
| Debtor | : | |
| | : | |
| | : | BKY NO. 25-11356 |

CERTIFICATION OF SERVICE

I Shawn J. Lau, certify that on 08/20/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amend Schedule A/B
- Amend Schedule C
- Declaration About an Individual Debtor's Schedules

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 08/20/2025

*/s/ Shawn J. Lau*
Shawn J. Lau, *Esq.*
Attorney ID: 56071
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA, 19606
Phone: 610-370-2000
Shawn_lau@msn.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: United States Trustee
Address: 900 Market Street, Suite 320
Philadelphia, PA 19107-4202

Relationship of Party
Via: ☑CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐ e-mail:    ☐Other:

Name: Chapter 13 Trustee, Scott F. Waterman, Esq.
Address: 2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Relationship of Party
Via: ☑CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐ e-mail:    ☐Other: