Office Mailing Address:                                             Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                           Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                            P.O. Box 680
Reading, PA  19606                                                Memphis, TN  38101-0680

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11356-PMM

Tyrone V Rison, Jr.                                          Petition Filed Date: 04/07/2025
403 E 3rd Street                                             341 Hearing Date: 05/13/2025
Bernville  PA     19506                                          Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2025 | $220.00 | | 05/23/2025 | $220.00 | | 06/06/2025 | $210.00 | |
| 06/23/2025 | $210.00 | | 07/07/2025 | $210.00 | | 07/18/2025 | $210.00 | |

**Total Receipts for the Period:  $1,280.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $1,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $6,093.65 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $3,651.54 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $15,914.90 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK »» 004 | Mortgage Arrears | $171.29 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $16,642.27 | $0.00 | $0.00 |
| 6 | MARINER FINANCE LLC »» 06S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MARINER FINANCE LLC »» 06U | Unsecured Creditors | $5,805.40 | $0.00 | $0.00 |
| 8 | PHH MORTGAGE SERVICES »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,514.71 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11356-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,700.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($20.00) |
| Paid to Trustee: | $93.50 | Total Plan Base: | $25,200.00 |
| Funds on Hand: | $1,606.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.