United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tyrone V Rison, Jr.  
    Debtor

Case No. 25-11356-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 11, 2025      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrone V Rison, Jr., 403 E 3rd Street, Bernville, PA 19506-9534 |
| 14999250 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14999878 | + | PHH Mortgage Corporation, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14995516 | + | WFBNA CARD, P.O. Box 3316, Evansville, IN 47732-3316 |
| 14995515 | | Well Fargo Card Serv, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14995503 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2025 00:44:00 | ADS/COMENITY/BJSCLUB, P.O. BOX 182120, Columbus, OH 43218-2120 |
| 15024100 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 12 2025 00:51:40 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15023904 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 12 2025 00:51:39 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14995504 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 12 2025 00:49:22 | Ally Financial Inc, 101 Crossways Park West, Woodbury, NY 11797-2020 |
| 14995505 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 12 2025 00:44:00 | C B Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14995506 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2025 00:49:35 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15004746 | | Email/Text: mrdiscen@discover.com | Sep 12 2025 00:44:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14995507 | + | Email/Text: mrdiscen@discover.com | Sep 12 2025 00:44:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 14995508 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 12 2025 00:44:00 | Fingerhunt, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14995509 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2025 00:51:46 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 14999902 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 00:49:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995512 | | Email/Text: ml-ebn@missionlane.com | Sep 12 2025 00:44:00 | Mission Lane Tab Bank, P.O. Box 105286, Atlanta, GA 30304 |
| 14995510 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 12 2025 00:44:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15008110 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 12 2025 00:49:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15015569 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2025 00:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14995511 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2025 00:49:47 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15016693 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 12 2025 00:44:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14999484 | + | Email/Text: EBN@brockandscott.com | Sep 12 2025 00:44:00 | PHH Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14999485 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 12 2025 00:44:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14995513 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2025 00:44:00 | PNC Bank, N.A, P.O. Box 5580, Cleveland, OH 44101 |
| 15019066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2025 00:51:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14995514 | + | Email/PDF: cbp@omf.com | Sep 12 2025 01:02:21 | Webbank/Onemain, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15025551 | *+ | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 11, 2025 | Form ID: 155 | Total Noticed: 27 |

                ECFMail@ReadingCh13.com

SHAWN J. LAU

                on behalf of Debtor Tyrone V Rison  Jr. shawn_lau@msn.com,
                g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Tyrone V Rison Jr. )  Case No. 25−11356−pmm
   aka Tyrone Rison )
   aka Tyrone Van Rison )
          )  Chapter: 13
   Debtor(s). )
          )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 11, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court