Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tyrone V Rison, Jr.
403 E 3rd Street
Bernville, PA 19506

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11356-PMM**

Petition Filed Date: 04/07/2025
341 Hearing Date: 05/13/2025
Confirmation Date: 09/11/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $210.00 | | 08/12/2025 | $210.00 | | 09/02/2025 | $210.00 | |
| 09/17/2025 | $210.00 | | 10/02/2025 | $210.00 | | 10/20/2025 | $210.00 | |
| 11/03/2025 | $210.00 | | 11/18/2025 | $210.00 | | 12/03/2025 | $210.00 | |
| 12/22/2025 | $210.00 | | 01/05/2026 | $210.00 | | 01/23/2026 | $210.00 | |
| 02/02/2026 | $210.00 | | 02/24/2026 | $210.00 | | 03/04/2026 | $210.00 | |
| 03/23/2026 | $210.00 | | 04/01/2026 | $210.00 | | 04/27/2026 | $210.00 | |
| 05/04/2026 | $210.00 | | 05/26/2026 | $210.00 | | 06/02/2026 | $210.00 | |
| 06/24/2026 | $210.00 | | 07/02/2026 | $210.00 | | 07/23/2026 | $210.00 | |

**Total Receipts for the Period: $5,040.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,740.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $6,093.65 | $200.15 | $5,893.50 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,651.54 | $119.93 | $3,531.61 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $15,914.90 | $522.71 | $15,392.19 |
| 4 | MIDFIRST BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $16,642.27 | $546.59 | $16,095.68 |
| 6 | MARINER FINANCE LLC<br>»» 06S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | MARINER FINANCE LLC<br>»» 06U | Unsecured Creditors | $5,805.40 | $190.67 | $5,614.73 |
| 8 | PHH MORTGAGE SERVICES<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $571.55 | $18.77 | $552.78 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,740.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $6,073.82 | Arrearages: | ($20.00) |
| Paid to Trustee: | $472.34 | Total Plan Base: | $25,200.00 |
| Funds on Hand: | $193.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.